IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

WILSON ANTONIO GRATEROL MATOS, §
§
*Petitioner*, §
§
V. § CIVIL CASE NO. SA-26-CV-00342-FB
§
WARDEN, South Texas Immigration §
Processing Center; *et al.*, §
§
*Respondents*. §

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE

Before the Court is the Motion for Leave to File Attached Counseled Reply (ECF No. 18), filed by Petitioner' attorney, who recently filed a notice of appearance in this case. The Certificate of Conference reflects that the motion is unopposed. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Leave to File Attached Counseled Reply (ECF No. 18) is GRANTED such that Petitioner's Reply to Respondents' Response to Petition for Writ of Habeas Corpus (attached to the motion for leave at Document No. 18-1), along with the accompanying exhibits (attached to the motion for leave at Document No. 18-2), shall be filed as part of the record in this habeas proceeding.

It is so ORDERED.

SIGNED this 13th day of August, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE