IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILSON ANTONIO GRATEROL MATOS,<br>A# 240-133-789,<br><br>*Petitioner*,<br><br>V.<br><br>TERI SEWELL, *et al.*,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-00342-FB |

**JUDGMENT**

The Court considered the Judgment to be entered in this case. Pursuant to the Order Granting Writ of Habeas Corpus signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED** such that Respondents are ORDERED to release Petitioner Wilson Antonio Graterol Matos from their custody according to the terms and conditions set forth in the Court's Order. In all other respects, the Petition is **DENIED**.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED

It is so ORDERED.

SIGNED this 4th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE